# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JAY OTTO, | No. CV 12-6014-MMM(CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report and Recommendation have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** (1) that Defendants' motion to dismiss (docket no. 27, filed October 31, 2012) be granted; (2) that Plaintiff's Complaint be dismissed without leave to amend; and (3) that judgment be entered dismissing Plaintiff's <u>Bivens</u> claims against the BOP and any official capacity defendant with prejudice, and

1 | dismissing all other claims without prejudice for failure to exhaust
2 | administrative remedies.

4 | DATED: February 6, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge