JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JAY OTTO, | No. CV 12-6014-MMM(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed with prejudice at to Plaintiff's Bivens claims against the BOP and any official capacity defendant, and dismissed without prejudice as to all other claims.

DATED: February 6, 2014

_____
MARGARET M. MORROW
United States District Judge